1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES HERMANSON,

               Plaintiff,

v.

DR. NAUGHTON, *et al.,*

               Defendants.

Case No. 3:23-cv-00037-ART-CSD

**ORDER GRANTING**

**STIPULATION TO
DISMISS WITH PREJUDICE**

Plaintiff, James Hermanson, and Defendants Dr. Martin Naughton, Melissa Mitchell, and Melanie Middleton, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this case be dismissed with prejudice.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The parties further stipulate and agree that the parties are to bear their own attorney's fees and costs. As the parties have resolved this matter in its entirety, the court may close this case. Any outstanding deadlines are considered moot.

DATED this 11th day of July, 2023.

DATED this 11th day of July, 2023.

AARON D. FORD
Attorney General

By: _____
James Hermanson, #84666
Plaintiff, Pro Se

By: /s/ Samuel L. Pezone, Jr.
Samuel L. Pezone Jr. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Court Judge

DATED: July 13, 2023.